**DISMISS; and Opinion Filed September 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00912-CV

### EDUARDO WILKINSON, M.D., Appellant
### V.
### CAROLINE WILKINSON, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02145-2013**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties' have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140912F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDUARDO WILKINSON, M.D., Appellant

No. 05-14-00912-CV      V.

CAROLINE WILKINSON, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-02145-2013.
Opinion delivered by Justice O'Neill.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CAROLINE WILKINSON recover her costs of this appeal from appellant EDUARDO WILKINSON, M.D..

Judgment entered this 18th day of September, 2014.